UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 18 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| QUENTIN H. TAHARA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MATSON TERMINALS, INC.,<br><br>    Defendant - Appellee. | No. 05-17306<br><br>D.C. No. CV-04-00224-HG/LEK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 20 2006
11:30 AM
DISTRICT OF HAWAII

This appeal is selected for inclusion in the Mediation Program for purposes of case management only. During the time the appeal remains in the Mediation Program, all procedural matters should be brought to the attention of the Circuit Mediator.

The following briefing schedule shall govern this appeal: appellant shall file an opening brief on or before February 9, 2007; appellee shall file an answering brief on or before March 12, 2007; appellant may file an optional reply brief within fourteen (14) days from the service date of the answering brief.

FOR THE COURT

C. Lewis Ross
Circuit Mediator

S:\CASES\2005\05-17306\06-12-7-sel^bs.wpd