# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  October 1, 2007

To:  JUDGE MILAN D. SMITH JR.
United States Court of Appeals
205 Richard H. Chambers Court of
Appeals Building
125 South Grand Avenue
Pasadena, CA  91105-1621

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:          CV 04-00224HG-LEK       Appeal No:    05-17306

Short Title:    Tahara vs. Mason Terminals, Inc.,

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

*[handwritten: They received the files]*

Other:
-certified copy of docket sheet
-sealed document nos: #33

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 05 2007
DISTRICT OF HAWAII

Acknowledgment:  Christine Moriwave        Date: 10/3/07

RECEIVED
OCT 03 2007
CHAMBERS OF
HON. MILAN D. SMITH, JR.