# District Court Record Return Form
## U.S. Court of Appeals For the Ninth Circuit

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 25 2008
2:30 pm
DISTRICT OF HAWAII

| | |
|---|---|
| FROM: *Chambers of* Judge: Address: | Judge Milan D. Smith, Jr. 222 N. Sepulveda Blvd., Suite 2325 El Segundo, CA 90245 |
| TO: **CLERK OF COURT** Address: | United States District Court **U.S. District Court** 300 Ala Moana Blvd., Room C-338 Honolulu, HA 96813 808-541-1178 |
| DATE: | January 24, 2008 |
| Lower Court No: Agency/CV/CR | CV 04-00224HG-LEK |
| 9th Circ. Appeal No: | 05-17306 |
| Short Title: | Tahara v. Mason Terminals, Inc. |
| Total Volumes: | ok |
| | Clerk Files: 2 | Transcripts: |
| | ok |
| | Sealed Docs: #33 ✓ | Expando Files: |
| | Lodged Docs: |
| Other: | |

**Note:** The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:
_____
_____

Please make two copies:
    Copy 1: District Court
    Copy 2: File copy

*Please be sure to send an e-mail message to CA09Records.